UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| ROBERT N. SHAVER, III, | : | |
| | : | |
| Plaintiff, | : | Civil No. 09-2607 (RMB) |
| | : | |
| v. | : | **O R D E R** |
| | : | (CLOSED) |
| ROBERT MORAN, ESQ., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

The Court having considered plaintiff's application to proceed <u>in forma pauperis</u> and file the complaint without prepayment of fees pursuant to 28 U.S.C. § 1915; and the Court having screened the complaint to determine whether dismissal is warranted pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A;

It is on this **21st** day of **July** 2009,

**ORDERED** that plaintiff may proceed <u>in forma pauperis</u> without prepayment of the $350.00 filing fee, pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

**ORDERED** that the Clerk of the Court is directed to file the complaint in the above-captioned action; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this order by regular mail on the Attorney General for the State of New Jersey and on the warden of the Atlantic County Justice Facility; and it is further

**ORDERED** that plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in

this order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

**ORDERED** that in each month that the amount in plaintiff's account exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of the plaintiff shall assess, deduct from plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is further

**ORDERED** that plaintiff's claims are hereby **DISMISSED**; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge